IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WOODBURCK NOE, #AIS 148475, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:13cv-644-WHA |
| | ) | |
| CYNTHIA D. STEWART, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSSED without prejudice.

DONE this 9th day of January, 2014.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE